**W. R. Schussler, appellee, v. John O. Johnson, appellant. Gen. No. 24,064.**

Action to recover for breach of contract of purchase of real estate. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hugh J. Kearns, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed with finding of fact. Opinion filed June 10, 1919. Rehearing denied June 20, 1919.

Rathje, Wesemann & Van Schaick, for appellant; George W.

Thoma and H. C. Strauschild, of counsel. McGilvray, Eames & Vaughan, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Mr. Justice Barnes delivered the opinion of the court.